Submitted May 28, affirmed June 17, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ZACHARY DEAN CARLISLE,
*Defendant-Appellant.*

Multnomah County Circuit Court
18CR07005; A169564

466 P3d 1069

Eric L. Dahlin, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stacy M. Du Clos, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Michael A. Casper, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Haltom*, 298 Or App 533, 447 P3d 66, *rev allowed*, 365 Or 721 (2019).